IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SHELLY R. KINGSOLVER,** | : | |
| Plaintiff, | : | Case No. 3:15-CV-00448 |
| v. | : | Judge Thomas M. Rose |
| | : | Magistrate Michael R. Merz |
| **METROPOLITAN LIFE INSURANCE CO., et al.,** | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is an Agreed Motion to Treat Notice of Dismissal as Agreed Motion to Dismiss Defendants Air Force Association and Air Force Association Veteran Benefits Association, which has been agreed to by all parties.

The Court finds that the Motion should be **GRANTED**.  Therefore, pursuant to Federal Rule of Civil Procedure 21, all claims in this matter against Defendants Air Force Association and Air Force Association Veteran Benefits Association are dismissed without prejudice, and Defendants Air Force Association and Air Force Association Veteran Benefits Association are hereby dismissed from this case.  All parties shall each bear their own fees and costs in connection with these claims.

**IT IS SO ORDERED.**

Monday, February 29, 2016               s/Thomas M. Rose

                                        _____
                                        UNITED STATES DISTRICT JUDGE